HORACE SECOR, JR., et al., Appellants, *v.* MARY J. CLARK, Individually, and as Executrix, etc., Respondent.

(Submitted June 21, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 14, 1887, which affirmed a judgment, entered upon an order of Special Term, sustaining a demurrer to the complaint.

*Horace Secor, Jr.*, appellant, in person.

*George W. Cotterill* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.